UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| Justin D. Reed,                                                    )<br>                                                                                )<br>        Plaintiff                                                       )<br>vs.                                                                          )<br>                                                                                )<br>Dr. Richard Rodarte, M.D., Hammond Clinic   )<br>and Norfolk Southern Railroad,                         )<br>                                                                                )<br>        Defendants.                                                 ) | CASE NUMBER: 2:11 CV 153 |

### DEFENDANTS, RICHARD RODARTE, M.D., AND HAMMOND CLINIC'S, MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and N.D. Ind. L.R. 56.1, the defendants, Richard Rodarte, M.D. and Hammond Clinic, move the Court for entry of summary judgment in their favor on all claims asserted by the plaintiff on the grounds that the material facts, as a matter of law, do not support a claim for disclosure of private information under any theory, nor of defamation. Likewise, there is no viable claim for corporate practice of medicine against these defendants. Accordingly, Richard Rodarte, M.D. and Hammond Clinic are entitled to judgment as a matter of law.

In support of this motion, the defendants file their Memorandum of Law and designation of evidence, including therein a separate Statement of Material Facts—Appendix-1.

WHEREFORE, the defendants, Richard Rodarte, M.D., and the Hammond Clinic, respectfully request that the Court grant their motion and enter summary judgment in their favor and against the plaintiff Justin Reed on all claims raised in this Complaint and for all other relief just and proper in these premises.

1

Respectfully submitted,

EICHHORN & EICHHORN, LLP


By:   /s/ Nicholas G. Brunette
       Nicholas G. Brunette, #27042-49
       Louis W. Voelker, #18933-46
       200 Russell Street, P.O. Box 6328
       Hammond, IN  46320
       (219) 931-0560
       nbrunette@eichhorn-law.com
       Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I, Nicholas G. Brunette, certify that on the 16th day of August, 2013, a true and complete copy of the foregoing Motion for Summary Judgment was served upon:

Charles A. Collins
Charles A. Collins, P.A.
411 Main St.
Suite 410
Saint Paul, MN 55102
chas@qwestoffice.net

Mitchell A. Peters
Miller Fisher Law LLC
8927 Broadway
Merrillville, IN 46410
map@millerfisherlaw.com

John C. Duffey
Stuart & Branigin
P.O. Box 1010
300 Main Street, Suite 900
Lafayette, IN 47902-1010
jcd@stuartlaw.com

Jacqueline Sells Homann
Jones Obenchain, LLP
600 KeyBank Building
202 South Michigan St.
P.O. Box 4577
South Bend, IN 46634
jsh@jonesobenchain.com

via the Case Management / Electronic Case Filing (CM / ECF) system maintained by the United States District Court for the Northern District of Indiana.

              s/ Nicholas G. Brunette
              Nicholas G. Brunette