UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JUSTIN D. REED, )<br>    Plaintiff )<br>vs. )<br>)<br>DR. RICHARD RODARTE, M.D., )<br>HAMMOND CLINIC, and NORFOLK )<br>SOUTHERN RAILROAD, )<br>    Defendants. ) | CASE NUMBER: 2:11 CV 153 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their undersigned attorneys, pursuant to Rule 41(a)(1)(A)(ii)hereby stipulate to the dismissal with prejudice of this cause in its entirety, with each party to bear his/its own court costs.

**CHARLES A. COLLINS, P.A.**

By:   /s/ Charles A. Collins
    Charles A. Collins (MN #0017954)
    410 Labor and Professional Center
    411 Main Street
    St. Paul, MN 5102
    Telephone: (651) 225-1125
    chas@qwestoffice.net
    Attorney for Plaintiff

Richard A. Miller (#9359-45)
Mitchell A. Peters (#6560-45)
Miller Fisher Law, LLC
8927 Broadway
Merrillville, IN 46410
(219) 769-0783
ram@millerfisherlaw.net
map@millerfisherlaw.net
Attorneys for Plaintiff

**EICHHORN & EICHHORN, LLP**

By:   /s/ Nicholas G. Brunette
    Nicholas G. Brunette, #27042-49
    Louis W. Voelker, #18933-46
    200 Russell Street
    P.O. Box 6328
    Hammond, IN 46325
    Telephone: (219) 931-0560
    Attorneys for Dr. Rodarte and
    Hammond Clinic
    nbrunette@eichhorn-law.com

**STUART & BRANIGIN, LLP**

By:   /s/ Jason W. Cottrell
    Jason W. Cottrell
    Barry L. Loftus
    John C. Duffey
    P.O. Box 1010
    Lafayette, IN 47902
    Attorneys for Norfolk Southern